IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COURTNEY ELMORE, ) | CIVIL ACTION NO. 1:21-CV-1202 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE NUGENT |
| v. ) | |
| ) | MAGISTRATE JUDGE BAUGHMAN |
| KILOLO KIJAKAZI, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | JOINT STIPULATION TO REMAND TO |
| ) | THE COMMISSIONER |
| Defendant ) | |

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will further consider the Plaintiff's claim, reassess the Plaintiff's residual functional capacity, take any further action necessary to complete the administrative record, and issue a new decision

Date: February 22, 2022         Entered: Donald C. Nugent